# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JASON CLARK,

      Plaintiff,

v.                                     Case No.  8:07-cv-137-T-30TBM

HOFFMANN-LA ROCHE, INC.,

      Defendant.

_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal Without Prejudice

(Dkt. #13).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed without prejudice, with each side to bear its own

          attorneys' fees and costs.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida on February 10, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-137.dismissal 13.wpd